# Court of Appeals
# of the State of Georgia

ATLANTA,  March 31, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0299.  MICHAEL DAVID DYER v. THE STATE.

In 2007, Michael David Dyer was convicted of aggravated child molestation and sentenced to 30 years, with the first 17 years in confinement and the remainder on probation. On October 15, 2024, the trial court revoked four years of Dyer's probation. Dyer has filed an application for discretionary review, but we lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). Although Dyer indicates in his application that he had difficulty obtaining the trial court's order in a timely manner, the requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Dyer filed his application

on March 7, 2025, 143 days after entry of the order revoking his probation, it is untimely. Accordingly, we are without jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 03/31/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*